**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-CA-0527

Tommy Miller

- - Versus - -

Albertson's Companies, LLC

19th Judicial District Court
Case #: 694120
East Baton Rouge Parish

On Application for Rehearing filed on 01/09/2024 by Tommy Miller

Rehearing denied.

_____
Mitchell R. Theriot

_____
Allison H. Penzato

_____
Hunter Greene

Date **JAN 1 9 2024**

_____
Rodd Naquin, Clerk